IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CR-183-RJC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **SAYON BESTMAN,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Seal" (Document No. 212) filed November 10, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Government's Motion for Final Determination of Restitution in the amount of $6,112.29 contains sensitive and private information that is inappropriate for public access, including the names of victims. Having carefully considered the motion and the record, and for good cause, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Seal" (Document No. 212) is **GRANTED**, and the Government's Motion for Final Determination of Restitution in the amount of $6,112.29 (Document No. 211) is sealed until further Order of this Court.

Signed: November 10, 2020

David C. Keesler
United States Magistrate Judge